U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 2 8 2026

Kevin P. Weimer, Clerk
By: ___ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2026R00013)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Fulton

DISTRICT COURT NO.

MAGISTRATE CASE NO.

X Indictment
DATE: July 28, 2026

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
TRACY  DARYL MINGO

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

## Defendant Information:

**Is the defendant in custody?**    X Yes    No
**Is the defendant in custody on this charge or other conviction?**    On this charge
**Is the defendant awaiting trial on other charges?**    Yes    X No
   **Other charges:**
   **Name of institution:**

**Will the defendant require an interpreter?**    Yes    X No

District Judge:

Attorney:  Benjamin Wylly
Defense Attorney: