U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Tracy Daryl Mingo

**Agent to Arrest**

Indictment/Information

**1:26-CR-0329**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, and request that warrant be lodged as detainer, in the above-stated case.

Benjamin Wylly
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____ .

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
7/29/2026
BY: _____ DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94