ATTEST: A TRUE COPY
CERTIFIED THIS

JUL 29 2026

Kevin P. Weimer, Clerk
By
Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,

v.

TRACY DARYL MINGO,

Defendant.

CRIMINAL CASE NO.: 1:26-CR-329

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:    Any U.S. Marshal, Warden, Fulton County Jail and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of Isiah Washington by you restrained of his liberty, as it is said, by whatsoever names detained before the **Honorable Christopher C. Bly**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, Courtroom 2008 of said Court in the City of Atlanta, at **10:30 a.m., on August 6, 2026**, and from day to day thereafter until discharged by the Court, then and there to be arraigned on the indictment and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 29th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

cc: B.Wylly
    FPD
    PTS

ATTEST: A TRUE COPY
CERTIFIED THIS

JUL 29 2026

Kevin P. Weimer, Clerk
By
Deputy Clerk