IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

TRACY DARYL MINGO

Criminal Action No.

1:26-CR-00329

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)**

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, **168 Union City LLC**, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. Is the victim a corporation?

**Yes.**

2. List any parent corporation or state that there is no such corporation:

   **There is no such corporation.**

3. List any publicly held corporation that owns 10% or more of the victim's stock or state that there is no such corporation:

**There is no such corporation.**

The undersigned understands that Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure requires that a supplemental statement be filed if there is any change in the information that this statement requires.

_Nicole Hoyen-Birch_
Printed name

_Signature_

_08/04/2026_
Date

Submitted by:
BENJAMIN WYLLY
  *Assistant United States Attorney*

2